MICHAEL J. HARKER, ESQ.
BOGGESS & HARKER
Nevada Bar No. 005353
5550 Painted Mirage Road, Suite #255
Las Vegas, Nevada 89149
(702) 233-5040
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS PAEZ, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES LLC, a Limited Liability Company, and DOES I through X inclusive,<br><br>　　　　Defendants. | Case No.: 2:10-cv-02167-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS** |

　　　The parties hereby having reached an agreement and for good cause appearing;

　　　IT IS HEREBY STIPULATED between Plaintiff LUIS PAEZ and Defendants that the case shall be dismissed with prejudice and each side to bear their own costs.

　　　IT IS FURTHER STIPULATED that the Lis Pendens shall be expunged on the property in question.

　　　The real property in the County of Clark affected thereby is particularly described as follows:

NORMANDY EST UNIT #1
PLAT BOOK 8 PAGE 7
LOT 38 BLOCK 2

PARCEL NO. 139-29-514-059

　　　Commonly known as 2129 La Harve Dr., Las Vegas, Nevada 89106.

/ / /

/ / /

/ / /

/ / /

{LV023988;1}　　　　　　　　　　　　　　　　　1

1      IT IS FURTHER STIPULATED that pursuant to NRS 14.015(5), Plaintiff shall record a copy of this Order (or other appropriate notice) canceling the Notice of Pendency of Action or Lis Pendens, with the Clark County Recorder's Office within five business days of it's entry, and if there is failure to do so, any party may record a copy of this Order.

DATED this ____ day of March, 2011.       DATED this 23rd day of March, 2011.

**BOGGESS & HARKER**                       **AKERMAN SENTERFITT LLP**

_/s/ Michael J. Harker_                           _/s/ Christine Parvan_

MICHAEL J. HARKER, ESQ.             ARIEL E. STERN, ESQ.
Nevada Bar No. 5353                        Nevada Bar No. 8276
5550 Painted Mirage Road, Suite 255      CHRISTINE M. PARVAN, ESQ.
Las Vegas, Nevada 89149                Nevada Bar No. 10711
                                               400 South Fourth Street, Suite 450
_Attorney for Plaintiff_                          Las Vegas, Nevada 89101

                                               _Attorneys for Defendant_
                                               _Aurora Loan Services LLC_

## ORDER

**HAVING READ** the foregoing Stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED** this 4th day of April, 2011.

_/s/ Gloria M. Navarro_
Gloria M. Navarro
United States District Court

{LV023988;1}             2